RECEIVED
MAR 09 2021
ALEXANDRIA DIVISION
US BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

IN RE:
JEAN JOHN AIDONIS            CASE NO. 20-12717-BKF
Debtor/pro se                CHAPTER 13

## NOTICE AND REITERATION OF DEBTORS' MOTION TO DISMISS Mr. THOMAS P. GORMAN AS TRUSTEE. REQUEST FOR A HEARING ON THE MATTER.

Debtor, as of March 9/2021, have not received yet any Order signed by Judge Brian F. Kenney who conducted the March 4, 2021 hearing, does file this Notice and reiterates his previously filed motion where expresly and vigorously did alleged and does alleges that Mr. Thomas P. Gorman must be dismissed as trustee.

All issues that Debtor will raise at the requested hearing wishes to be attended by the U.S. Trustee in person and be documented by a stenographer.

Respectfully Submitted
Jean Aidonis
Debtor/pro se.
3/9/2021

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
_____ Division

In re: Jean John Aidouis

Debtor(s)

Case No. 20 12717 BFK
Chapter

Plaintiff(s)

v.

Defendant(s)

Adversary Proceeding No.

CERTIFICATION UNDER LOCAL BANKRUPTCY RULE 2090-1

Document Title:
Date Document Filed:
Docket Entry No.

I declare under penalty of perjury that (Check one box):

☒ No attorney has prepared or assisted in the preparation of this document.

☐ The following attorney prepared or assisted in the preparation of this document.

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)

Jean John Aidouis Pro Se
Name of Pro Se Party (Print or Type)    Name of Pro Se Party (Print or Type)

Jean Aidouis
Signature of Pro Se Party    Signature of Pro Se Party

Executed on: 3/9/21 _____ (Date)

[2090edva ver. 09/17]